UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



GwanJun Kim,

  Plaintiff,         Case No. 1:06-cv-683

v.             Hon. Gordon J. Quist

United States Department of Labor, et al,

  Defendants.
_____/

## ORDER REJECTING PLEADING

The Court has examined the following proposed "Answer 'Michigan Department of Labor & Economic Growth, and Director Robert W. Swanson's Answer to Plaintiff's Motion for Leave to File Second Amended Complaint' and Affirmative Plaintiff" received December 15, 2006, and orders the Clerk to reject the answer and to return it to plaintiff for the reasons noted below:

  Mr. Kim is attempting to file a response to a document that was stricken from the record per court order dated December 14, 2006.

IT IS SO ORDERED.

Dated: JAN 1 8 2007
elc

                Gordon J. Quist
                U. S. District Judge

☐ THE CLERK SHALL ACCEPT THE PLEADING(S) FOR FILING   _____
                             INITIALS