UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWANJUN KIM,

        Plaintiff,

vs.

Case No. 1:06-cv-683

Hon. Gordon J. Quist

U.S. DEPARTMENT OF LABOR, et al.,

        Defendants.
                                              /

**ORDER**

This matter is now before the court on plaintiff's motion to withdraw his previously filed "motion for declaratory judgment for preliminary and permanent injunction and request order a seedy [sic] hearing [docket no. 24]" (docket no. 27).  Plaintiff's motion is unopposed.

Upon due consideration, plaintiff's motion to withdraw (docket no. 27) is **GRANTED**.  The clerk's office is directed to strike plaintiff's motion for declaratory judgment and other relief (docket no. 24).

**IT IS SO ORDERED.**

Dated: March 16, 2007                /s/ Hugh W. Brenneman, Jr.
                                                     Hugh W. Brenneman, Jr.
                                                       United States Magistrate Judge