UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWANJUN KIM,

        Plaintiff,

Case No. 1:06-cv-683

Hon. Gordon J. Quist

vs.

U.S. DEPARTMENT OF LABOR, et al.,

        Defendants.

_____/

### ORDER REGARDING "MIS-IDENTIFIED DEFENDANT CENTRAL AREA MICHIGAN WORKS! ASSOCIATION ADMINISTRATIVE OFFICE"

Defendant John Van Nieuwenhuyzen, defendant Central Area Michigan Works! Consortium and "mis-identified defendant Central Area Michigan Works! Association Administrative Office" have filed a motion to dismiss and/or for summary judgment (docket no. 66). Central Area Michigan Works! Association Administrative Office is not a defendant in this matter, having been terminated as of December 14, 2006. Accordingly, this dispositive motion is **DENIED as moot** insofar as it seeks to dismiss plaintiff's claims against Central Area Michigan Works! Association Administrative Office. The motion remains pending as to the remaining defendants named in the motion.

        **IT IS SO ORDERED.**

Dated: April 13, 2007              /s/ Hugh W. Brenneman, Jr.
                                          Hugh W. Brenneman, Jr.
                                          United States Magistrate Judge