UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWANJUN KIM,

       Plaintiff,                       Case No. 1:06-CV-683

v                                      Hon. Gordon J. Quist

U.S. DEPARTMENT OF LABOR,
et al,

       Defendants.
_____/

**ORDER STAYING DEPOSITIONS NOTICED BY PLAINTIFF**

Plaintiff has noticed the depositions of 17 individuals for the date of August 21, 2007 (Exhibit A, docket no. 148). The depositions are set at approximately 15 to 30-minute intervals. There is nothing to suggest these witnesses are other than fact witnesses.

The Case Management Order provides that depositions are limited to 10 fact witnesses per side and that there are to be no deviations from this order without prior approval of the court upon good cause shown. The court has not given either party permission to increase the number of fact witnesses to be deposed (nor has it been requested to do so). Moreover, it would be impractical to depose 17 witnesses in this case in a single day. Accordingly, these depositions are stayed until further order of the court.

IT IS SO ORDERED.

Dated: August 9, 2007                            /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                      United States Magistrate Judge