UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWANJUN KIM,

       Plaintiff,                                   Case No. 1:06-CV-683

v.                                                     Hon. Robert J. Jonker

U.S. DEPARTMENT OF LABOR,
et al,

       Defendants.
_____/

**ORDER**

Pending before the court are motions for a protective order filed by defendants (docket nos. 126, 148, 160, and 162). For the reasons more fully stated on the record at the hearing held this date, the motions are GRANTED as follows:

      A..  Defendants' counsel Ryan D. Cobb, Richard Vary and Julie Marie Jensen are stricken from plaintiff's list of trial witnesses, and shall not be deposed.

      B.  United States Secretary of Labor, Elaine Chao, is stricken from plaintiff's witness list, and shall not be deposed.

      C.  Robert W. Swanson, former director of the Michigan Department of Labor & Economic Growth shall not be deposed.

      D.  Plaintiff shall depose no more than 10 witnesses from each group of defendants. Prior to any depositions being taken, all parties remaining in the case shall agree upon a schedule for plaintiff's deposition and the deposition of each of the witnesses plaintiff wishes to depose (excluding any federal witnesses at this time), and such schedule shall set forth the dates, places,

names of court reporters, and times and time restrictions for each of the deponents. The parties will be expected to adhere to the agreed upon restrictions. In the event the parties cannot work out such a schedule, they shall notify the undersigned. Plaintiff shall produce at his deposition all requested materials not previously furnished defendants, except those pertaining to his mental and emotional health.

      E.  Plaintiff has withdrawn any claim in this action for damages based upon emotional distress, mental anxiety, etc.

      F.  Discovery shall be extended sixty days, or until **November 30, 2007.**

      G.  Dispositive motions shall be filed no later than **December 31, 2007**. The court will reschedule any remaining deadlines as necessary.

      H.  Plaintiff's motion to file an eighth amended complaint (docket no. 163) is held in abeyance until **September 25, 2007**. Not later than **September 19, 2007**, plaintiff shall furnish defendants and the court with a copy of his proposed eighth amended complaint **set forth in its entirety** showing the proposed changes to the complaint currently before the court (plaintiff's second amended complaint) and striking his request for damages based upon emotional distress and/or mental anxiety. In the event the court allows plaintiff's proposed eighth amended complaint to be filed, it shall replace in its entirety, the current complaint before the court.

      IT IS SO ORDERED.


Dated:  September 5, 2007                              /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge