UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWANJUN KIM,

        Plaintiff,

Case No. 1:06-cv-683

Hon. Robert J. Jonker

vs.

UNITED STATES DEPARTMENT
OF LABOR, *et al.*,

        Defendants.
_____/

## ORDER

This matter is now before the court on plaintiff's "Motion to compel production of documents all parties to produce and things and entry upon land for inspection" (docket no. 136). Plaintiff's motion is not properly before this court. First, plaintiff has failed to comply with W.D. Mich. LCivR 7.1(d), which requires that "the moving party shall ascertain whether the motion will be opposed" and "shall affirmatively state the efforts of the moving party to comply with the obligation created by this rule." Second, plaintiff has failed to comply with W.D. Mich. LCivR 7.1(b), which requires that "[a]ll discovery motions shall set forth verbatim, or have attached, the relevant discovery request and answer or objection." Accordingly, plaintiff's motion is **DENIED**.

        **IT IS SO ORDERED.**

Dated:  December 4, 2007                            /s/ Hugh W. Brenneman, Jr.
                                                             HUGH W. BRENNEMAN, JR.
                                                             United States Magistrate Judge