UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWANJUN KIM,

                Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF LABOR, et al.,

                Defendants.
_____/

Case No. 1:06-cv-683

Hon. Robert J. Jonker

**PROPOSED ORDER**

This matter came before the court on Defendants Michigan Department of Labor and Economic Growth's and Keith W. Cooley's "Motion to Compel" (docket no. 117). The court reviewed both the Motion and Plaintiff's Response (docket no. 127) and further noted Plaintiff's failure to attend the hearing noticed for and held on January 3, 2008 at 10:30 a.m. Having considered the matter, the court **Granted the Motion to Compel and Ordered** Plaintiff to fully and completely respond to Defendants MDLEG's and Cooley's First Interrogatories and Request for Production of Documents within ten (10) days of the date of this Order. Plaintiff's responses shall be clear, concise, and unequivocal and shall not refer to or incorporate other allegations or pleading documents in lieu of providing the requesting information. Plaintiff's stated objections to Defendant MDLEG's and Cooley's discovery requests have been deemed overruled by the granting of this Order. All references to Robert W. Swanson in the discovery requests shall be construed as references to Keith W. Cooley as the party substituted for Robert W. Swanson. Failure to comply with this Order will result in sanctions including but not limited to Dismissal.

```
     IT IS SO ORDERED.
```

Dated: January 3, 2008

                                                           `/s/ Hugh W. Brenneman, Jr.`
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge