UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWAN JUN KIM,

        Plaintiff,                      Case No. 1:06-CV-683

v.                                          Hon. Robert J. Jonker

U.S. DEPARTMENT OF LABOR,
et al,

        Defendants.
_____/

**ORDER**

        Pending before the court are two motions by defendants for sanctions or to compel further discovery, and to extend discovery, due to plaintiff's purported misconduct (docket nos. 201, 211).  For the reasons more fully stated on the record at the hearing held on these motions, the court GRANTS relief in part, as follows:

        The deposition of plaintiff shall be retaken on **Monday, March 3, 2008, from 2:00 p.m. to 4:00 p.m.**  The party or parties arranging for the deposition shall retain a court reporter in the usual course, but the deposition shall be held under the supervision of the court in Courtroom 584.

        Further, plaintiff shall, not later than 5 days prior to the deposition, provide full and complete answers to outstanding discovery he was previously directed to furnish to defendants in the court's Order of September 5, 2007 (docket no. 170).

        Further, the court reserves the right to extend discovery as necessary, based upon the proceedings at the deposition.

        Further, the settlement conference previously scheduled for Monday, March 3, 2008,

at 2:00 p.m. is adjourned without date.

Further, plaintiff shall not directly contact or communicate with any defendant or any employee of any defendant (including, but not limited to, Roxanne Meyer) about this case, but shall direct all such communications to the defendants' attorneys. Plaintiff may contact his case worker (Roxanne Meyer) about matters she is presently assisting him on, provided they are unrelated to this lawsuit.

IT IS SO ORDERED.

Dated:  February 20, 2008                             /s/ Hugh W. Brenneman, Jr.
                                                     HUGH W. BRENNEMAN, JR.
                                                     United States Magistrate Judge

.