UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWAN JUN KIM,

       Plaintiff,                              Case No. 1:06-CV-683

v.                                          Hon. Robert J. Jonker

U.S. DEPARTMENT OF LABOR,
et al,

       Defendants.
_____/

**ORDER**

        Pending before the court is Plaintiff's Motion to Compel Discovery (docket no. 219). For the reasons more fully stated on the record at the hearing held pertaining to this motion, the motion is GRANTED in part, and defendants shall provide to plaintiff within ten (10) days affidavits from appropriate individuals attesting to the fact that they have searched defendants' files and that all information within defendants' files or under their control pertaining to plaintiff individually has been or is being forthwith furnished to plaintiff. Defendants are not required to furnish the files of some 3,000 past employees of Electrolux who may or may not have received benefits, the court finding the request for the same to be overly broad.

        In all other respects, the motion is DENIED without prejudice.

        IT IS SO ORDERED.


Dated: February 20, 2008                          /s/ Hugh W. Brenneman, Jr.
                                                       HUGH W. BRENNEMAN, JR.
                                                       United States Magistrate Judge